544

377 A.2d 169

Commonwealth v. Freeman, Appellant.

Submitted September 13, 1976. Richard N. Beltzner, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 169

Commonwealth v. Frey, Appellant.

Submitted September 13, 1976. Joel H. Ziev, Assistant Public Defender, for appellant; Richard J. Shiroff, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.